1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MOGANNAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST FINANCIAL MERCHANT SERVICES,<br><br>Defendant. | Case No. 2:15-cv-00827-TLN-CKD<br><br>**ORDER PERMITTING PLAINTIFF LEAVE TO FILE A SUR-REPLY AND SUBMIT EVIDENCE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>**Hon. Troy L. Nunley** |

-1-

**ORDER PERMITTING PLAINTIFF LEAVE TO FILE A SUR-REPLY AND SUBMIT EVIDENCE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

**IT IS HEREBY ORDERED** that Plaintiff may file a Sur Reply of no longer than seven (7) pages, and evidence in support of Plaintiff's Opposition to Defendant's Motion to Dismiss, by no later than ten (10) days, without waiving any arguments made in Plaintiff's Opposition regarding discovery.

Dated: August 6, 2015

Troy L. Nunley
United States District Judge