# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JOHN MOGANNAM,**

               v.

**FIRST FINANCIAL MERCHANT SERVICES,**

                                                   **JUDGMENT IN A CIVIL CASE**

                                                   CASE NO: **2:15–CV–00827–TLN–CKD**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/12/2016**

                                              **Marianne Matherly**
                                              Clerk of Court

    ENTERED:  **February 12, 2016**

                                    by: /s/ K. Zignago
                                            Deputy Clerk